[Crim. No. 3257. In Bank.—September 12, 1929.]

In the Matter of the Application of ABE RUBIN on Habeas Corpus.

U. S. Webb, Attorney-General, and Lionel B. Browne, Deputy Attorney-General, for Respondent.

THE COURT.— The application of the petitioner herein for relief upon *habeas corpus* is denied upon the authority of *In re Haines,* 195 Cal. 605 [234 Pac. 883].

The writ of *habeas corpus* is discharged and the prisoner remanded.